# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NIKRANDT, ROBERT CLARK | § | Case No. 14-24319 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
219 S. Dearborn Street
7th Floor
Chicago   IL   60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
10:30 a.m.
on Friday, May 29, 2015
in Courtroom 240 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Jeffrey P. Allsteadt_____


*Elizabeth C. Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| NIKRANDT, ROBERT CLARK | § | Case No. 14-24319 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 7,500.00 |
| and approved disbursements of | $ | 47.52 |
| leaving a balance on hand of[1] | $ | 7,452.48 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 3,164.00 | $ 0.00 | $ 3,164.00 |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ 13.62 | $ 0.00 | $ 13.62 |
| Other: Arthur B. Levine Company | $ 6.37 | $ 6.37 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,677.62 |
| Remaining Balance | | $ | 2,774.86 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,418.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 14,096.69 | $ 0.00 | $ 705.84 |
| 000002 | Fifth Third Bank | $ 10,490.52 | $ 0.00 | $ 525.27 |
| 000003 | Capital Recovery V, LLC | $ 786.00 | $ 0.00 | $ 39.36 |
| 000004 | PYOD, LLC its successors and assigns as | $ 17,570.91 | $ 0.00 | $ 879.80 |
| 000005 | Portfolio Recovery Associates, LLC | $ 12,473.96 | $ 0.00 | $ 624.59 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,774.86 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____
        Elizabeth C. Berg, Successor Trustee

*Elizabeth C. Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                          Case No. 14-24319-DRC
Robert Clark Nikrandt                                           Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: nmolina                 Page 1 of 1                  Date Rcvd: May 01, 2015
                              Form ID: pdf006               Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2015.
db            +Robert Clark Nikrandt,    1406 Corrigan Street,    Elburn, IL 60119-9582
aty           +The Law Firm of Baldi Berg & Wallace LTD,    20 N Clark Street Ste 200,    Chicago, IL 60602-4120
22113359     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:    Bank Of America,    PO Box 982235,    El Paso, TX 79998)
22113360      +BMO Harris,    PO Box 365,    Arlington Heights, IL 60006-0365
22113365      +CHASE,    P.O. Box 15298,    Wilmington, DE 19850-5298
22113367      +CTI Equipment Finance,    200 W Northtown Rd,    Normal, IL 61761-1060
22113363      +Cathy Nikrandt,    1406 Corrigan St,    Elburn, IL 60119-9582
22113366      +Citi,    Box 6500,    Sioux Falls, SD 57117-6500
22113369     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
              (address filed with court:    Fifth Third Bank,    38 Fountain Square Plz,    Cincinnati, OH 45263)
22635697      +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
22113371      +Harley-Davidson Credit,    Department 15129,    Palatine, IL 60055-0001
22905606     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:    Portfolio Recovery Associates, LLC,    Successor to US BANK NATIONAL,
                ASSOCIATION ND (US BANK),    POB 41067,    Norfolk, VA 23541)
22113372     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:    Us Bank,    PO Box 6352,    Fargo, ND 58125)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22855153       E-mail/PDF: rmscedi@recoverycorp.com May 02 2015 01:57:23      Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
22113368       E-mail/PDF: mrdiscen@discover.com May 02 2015 01:57:41      Discover,    PO Box 15316,
                Wilimgton, DE 19850
22624046       E-mail/PDF: mrdiscen@discover.com May 02 2015 01:57:41      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
22113370      +E-mail/PDF: gecsedi@recoverycorp.com May 02 2015 01:57:20      Ge Capital Retail Bank,
                Po Box 960061,    Orlando, FL 32896-0061
22872429      +E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2015 01:58:47
                PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22113361*     +BMO Harris,    PO Box 365,    Arlington Heights, IL 60006-0365
22113362*     +BMO Harris,    PO Box 365,    Arlington Heights, IL 60006-0365
22113364*     +Cathy Nikrandt,    1406 Corrigan St,    Elburn, IL 60119-9582
                                                                                    TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2015                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2015 at the address(es) listed below:
              Edgar P. Petti   on behalf of Debtor Robert Clark Nikrandt epetti@pettimurphylaw.com,
               eoconnell@pettimurphylaw.com
              Elizabeth C Berg   bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg   on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
              Kimberly  Bacher   on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               kimberly.bacher@usdoj.gov;kimberlyabacher@hotmail.com
              Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 5
```