# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NIKRANDT, ROBERT CLARK | § | Case No. 14-24319 |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 343,644.00 *(Without deducting any secured claims)* | Assets Exempt: 1,193.00 |
| Total Distributions to Claimants:  2,774.86 | Claims Discharged Without Payment:  211,281.22 |
| Total Expenses of Administration:  4,725.14 | |

3) Total gross receipts of $ 7,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 7,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 375,432.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,725.14 | 4,725.14 | 4,725.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 215,410.00 | 55,418.08 | 55,418.08 | 2,774.86 |
| **TOTAL DISBURSEMENTS** | $ 590,842.00 | $ 60,143.22 | $ 60,143.22 | $ 7,500.00 |

    4)  This case was originally filed under chapter 7 on 06/30/2014 . The case was pending for 13 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __07/14/2015__    By:/s/Elizabeth C. Berg, Trustee
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Acct #285 BMO Harris 300 S Randall Rd St | 1129-000 | 6,000.00 |
| Settlement of UST Claim | 1249-000 | 1,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris PO Box 365 Arlington Heights, IL 60006 | | 95,164.00 | NA | NA | 0.00 |
| | BMO Harris PO Box 365 Arlington Heights, IL 60006 | | 221,114.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris PO Box 365 Arlington Heights, IL 60006 | | 47,547.00 | NA | NA | 0.00 |
| | Harley-Davidson Credit Department 15129 Palatine, IL 60055 | | 11,607.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 375,432.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 6.37 | 6.37 | 6.37 |
| Associated Bank | 2600-000 | NA | 41.15 | 41.15 | 41.15 |
| BALDI BERG | 3110-000 | NA | 3,164.00 | 3,164.00 | 3,164.00 |
| BALDI BERG | 3120-000 | NA | 13.62 | 13.62 | 13.62 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 4,725.14** | **$ 4,725.14** | **$ 4,725.14** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America PO Box 982235 El Paso, TX 79998 | | 34,876.00 | NA | NA | 0.00 |
| | CHASE P.O. Box 15298 Wilmington, DE 19850 | | 5,334.00 | NA | NA | 0.00 |
| | CTI Equipment Finance 200 W Northtown Rd Normal, IL 61761 | | 118,428.00 | NA | NA | 0.00 |
| 000003 | CAPITAL RECOVERY V, LLC | 7100-000 | 786.00 | 786.00 | 786.00 | 39.36 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| 000001 | DISCOVER BANK | 7100-000 | 15,652.00 | 14,096.69 | 14,096.69 | 705.84 |
| 000002 | FIFTH THIRD BANK | 7100-000 | 10,323.00 | 10,490.52 | 10,490.52 | 525.27 |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 12,822.00 | 12,473.96 | 12,473.96 | 624.59 |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 17,189.00 | 17,570.91 | 17,570.91 | 879.80 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 215,410.00 | $ 55,418.08 | $ 55,418.08 | $ 2,774.86 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-24319 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | NIKRANDT, ROBERT CLARK | | | Date Filed (f) or Converted (c): | 06/30/14 (f) |
| | | | | 341(a) Meeting Date: | 07/28/14 |
| For Period Ending: 07/14/15 | | | | Claims Bar Date: | 02/09/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3 bedroom 8 total room single family residence 140 | 330,837.00 | 330,837.00 | | 0.00 | FA |
| 2. Checking Acct #285 BMO Harris 300 S Randall Rd St | 100.00 | 100.00 | | 6,000.00 | FA |
| 3. 50% interest in misc household goods and furnishin | 800.00 | 800.00 | | 0.00 | FA |
| 4. Necessary clothing of adult male Debtor's residenc | 400.00 | 400.00 | | 0.00 | FA |
| 5. Term life ins. with $50,000 death benefit Equitabl | 0.00 | 0.00 | | 0.00 | FA |
| 6. Term life ins. with $500,000 death benefit Genwort | 0.00 | 0.00 | | 0.00 | FA |
| 7. 48% ownership of Grace Lightning Express Inc Grace | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2010 Harley Davidson Ultra Classic Electric Glide | 12,800.00 | 1,193.00 | | 0.00 | FA |
| 9. Settlement of UST Claim (u) | 0.00 | 1,500.00 | | 1,500.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $344,937.00 | $334,830.00 | | $7,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A few days prior to the bankruptcy filing, the Debtor sold his 2007 BMW to CarMax for $10,000; then, the Debtor made multiple payments to creditors including Kane County Recorder for property taxes, a mortgage payment payments to credit cards; neither the sale of the BMW nor the pre-petition transfers were disclosed in the Debtor's schedules or SOFA; and, additionally, the Debtor did not testify to these facts at the initial 341 meeting; when the Trustee learned of the sale of the vehicle and the pre-petition transfers, the Trustee investigated and pursued turnover of the balance in the Debtor's bank account as of the Petition Date; ultimately, the Trustee settled with the Debtor pursuant to this Court's order dated 12/19/14; the UST filed a motion for sanctions against the Debtor's attorney for failing to disclose the sale of the vehicle and the transfers; UST and Debtor's attorney settled and the Debtor's attorney turned over the settled amount; Trustee reviewed claims and prepared the TFR

LFORM1

**UST Form 101-7-TDR (10/1/2010)** (Page: 7)

Ver: 18.05

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 14-24319   DRC   Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | NIKRANDT, ROBERT CLARK | Date Filed (f) or Converted (c): | 06/30/14 (f) |
| | | 341(a) Meeting Date: | 07/28/14 |
| | | Claims Bar Date: | 02/09/15 |

Initial Projected Date of Final Report (TFR): 12/31/05     Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-24319 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- |
| Case Name: | NIKRANDT, ROBERT CLARK | Bank Name: | Associated Bank |
|  |  | Account Number / CD #: | *******6586 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8991 |  |  |
| For Period Ending: | 07/14/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 11/25/14 | 2 | ROBERT C NIKRANDT<br>CATHERINE NIKRANDT<br>1406 CORRIGAN STREET<br>ELBURN, IL 60119 | SETTLE - EQUITY IN BANK ACCOUNT | 1129-000 | 6,000.00 |  | 6,000.00 |
| 12/05/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.00 | 5,990.00 |
| 12/22/14 | 9 | EDGAR P. PETTI P.C.<br>ATTORNEY AT LAW (CLIENT TRUST ACCOUNT)<br>PETTI MURPHY & ASSOCIATES<br>22 S. 4TH STREET, SUITE 2<br>GENEVA, IL 60134 | SETTLEMENT OF UST CLAIM | 1249-000 | 1,500.00 |  | 7,490.00 |
| 01/08/15 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.00 | 7,480.00 |
| 02/06/15 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 11.12 | 7,468.88 |
| 02/20/15 | 001001 | Arthur B. Levine Company<br>Adams Levine<br>60 East 42nd Street<br>New York NY 10165 | 2015 Bond Premium | 2300-000 |  | 6.37 | 7,462.51 |
| 03/06/15 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.03 | 7,452.48 |
| 06/03/15 | 001002 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Compensation | 2100-000 |  | 1,500.00 | 5,952.48 |
| 06/03/15 | 001003 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Fees (TR Firm) | 3110-000 |  | 3,164.00 | 2,788.48 |
| 06/03/15 | 001004 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Expenses (TR Firm) | 3120-000 |  | 13.62 | 2,774.86 |
| 06/03/15 | 001005 | Discover Bank | Claim 000001, Payment 5.01% | 7100-000 |  | 705.84 | 2,069.02 |
|  |  |  | Page Subtotals |  | 7,500.00 | 5,430.98 |  |

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-24319 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | NIKRANDT, ROBERT CLARK | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6586 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8991 | | | |
| For Period Ending: | 07/14/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/03/15 | 001006 | DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br>Fifth Third Bank<br>1830 East Paris S.E., MS #RSCB3E<br>Grand Rapids, Michigan 49546 | Claim 000002, Payment 5.01% | 7100-000 | | 525.27 | 1,543.75 |
| 06/03/15 | 001007 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000003, Payment 5.01% | 7100-000 | | 39.36 | 1,504.39 |
| 06/03/15 | 001008 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000004, Payment 5.01% | 7100-000 | | 879.80 | 624.59 |
| 06/03/15 | 001009 | Portfolio Recovery Associates, LLC<br>Successor to US BANK NATIONAL<br>POB 12914<br>Norfolk, VA 23541 | Claim 000005, Payment 5.01% | 7100-000 | | 624.59 | 0.00 |

Page Subtotals    0.00    2,069.02

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-24319 -DRC |
| Case Name: | NIKRANDT, ROBERT CLARK |
| Taxpayer ID No: | *******8991 |
| For Period Ending: | 07/14/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6586  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,500.00 | 7,500.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 7,500.00 | 7,500.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,500.00 | 7,500.00 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account (Non-Interest Earn - *******6586 | | 7,500.00 | 7,500.00 | 0.00 |
| | | | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | | 7,500.00 | 7,500.00 | 0.00 |
| | | | | | =============== | =============== | =============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*